**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SALEH DAWLAH HAMID and GHANIA OBAID,

                 Plaintiffs,

-against-    23 **CIVIL** 9538 (CS)

**JUDGMENT**

UR M. JADDOU, in her official capacity as Director
of U.S. Citizenship and Immigration Services, et al.,

                 Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 8, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     November 8, 2024

                                              **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                      **BY:**     *K. Mango*

                                              **Deputy Clerk**